FILED
IN CLERK'S OFFICE
2024 SEP -9 PM 1:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

U.S. District Court of Massachusetts
Boston, MA

Joseph D. Gilberti, P.E.            Case No: _____
    Petitioner,                          (NEW CASE)
                                      'MANDAMUS'
v.

United States Secret Service; Department of Justice;
U.S. Congress; U.S. Senate; Department of Interior; Board of Broadcasting Governors;
Department of Homeland Security; National Resource Defense Council;
Council of Nationwide Defense; Army Corps of Engineers; Special Counsel Jack Smith;
Federal Bureau of Investigation (FBI); President Joe Biden; AG. Letitia James;
Vice President Kamala Harris; Attorney General Alvin Bragg, NY.
    Respondents.

### Petition for "Writ of Mandamus"

Comes Now, Petitioner, Joseph D. Gilberti, P.E., pursuant to FRAP, hereby request a Writ of Mandamus, on why Petitioner's whistleblowing/cyberstalking bond, a misdemeanor went from $500° to $300,000 dollars, in Hillsborough County, Tampa, Florida on 4-15-2013, retroactive with Petitioner's Jog Email (FDEP Torch Run) 5hrs and 4min before Boston Marathon explosion. Just 12 days after he discovered a World Medicine/Unique access to a "Secret Underground River" in Sarasota, Florida. Petitioner was surrounded by 'Secret Service' and basically kidnapped in Tampa 268 days, for Greenberg Traurig Law; while a land grab by Sarasota Commission takes place.

LANDTECH DESIGN GROUP   (1)        WWW.GilbertiBlueGold.com
                                         813-470-6000

Reasons for Petition Are As Follows:

## Factual Background

— (1) Petitioner is a Licensed Professional Engineer, in the State of Florida (PE #56079) with over 30yrs experience in Civil/Land Infrastructure Design, with Global Natural Resource experience working with Enron, ACOE at Dames and Moore/URS, in the 90's.

— (2) A 12yr Non-stop attack by Florida Cops, State Attorneys, Lawyers with timed "Fantastic Events" has surrounded Petitioner's efforts to bring an 'Antioxidant Spring Water' Resource to West Florida Taps within the Sarasota/Tampa to Naples Florida Region.

— (3) Major Oil Consultants for US Military and Abroad have Verified Resource is unique to USA/World for Water Supply, etc; Amps Agriturem Mint in PalmBeach County.

— (4) Resource is located at 9438 Daughtrey Road, Sarasota, FL 34266, Approximately 2000' below at Well No. 2, at Cecil Daughtrey Ranch; with FDEP Permits/Plans Available ready to connect since 2012, and again in 2020.

— (5) Petitioner has access to verify Resource and Motive of simultaneous attack on his Civil rights, project, clients; timed with Boston Marathon explosion. See Hillsborough County Case 12-CM-011299 State v. Gilberti and bond hike.

(2)

## Factual Background (cont.)

- (6) Judge Dominguez raised bond to $300,000⁰⁰ and Recuses himself the same day? All charges were dropped after Sarasota Cir 12 in case 2011 CA 4209 NC, <u>72 Partners v. Cecil Daughtry</u> foreclosure trial was snuck through on Columbus Day, 10-14-2013, without trial notice, as Sarasota Charges Court system to E-File! Nobody knew until after Judgement Achieved. While Petitioner, a creditor is hidden in lockdown; Basically stole Judgement with invalid Mortgage.

- (7) Petitioner's father, a South Florida engineer shows up dead with <u>secret disks</u> within 30 days of Boston Marathon, rotting for 3-Days in Ft Myers Beach, FL, home; while CIR 12+13 Attack.

- (8) Respondents, Judge O'Toole in Boston case were notified for years; Boston Police and FBI by emails, phones, lawsuits.

- (9) We have a Coordinated Attack Across States by Ron Desantis, Boston, Rich Scott and a syndicated group of Lawyers, Cops, Judges (Tampa) still Attacking Petitioner and the US Resource, today.

- (10) See <u>Gilberti v. Council of National Defense</u>, et al. for National Defense upgrades to the Florida Peninsula from CentCom to US Southern Command with Petitioners '300 mile Transmission/CSX Railroads/Navy Port upgrade" Tampa to Miami per Title 50 §3. See Plans at www.GilbertiBlueGold.com

- (11) Nobody is knowing this access to deep underground Ocean at Ranch.

(3)

## Factual Background (cont.)

- (12) The Terrorist who were arrested, the Attorneys, THE CITIZENS of USA/Florida/Boston, the US Media must know of the coordinated and timed attack by Tampa/Sarasota Cir 12, 13 and Governor/Senator Rick Scott, Ron Desantis (NAVYGUYS), Florida Department of Environmental Protection (FDEP) surrounding this US Defense Resource hidden from the US Military/THE PEOPLE during federal case United States v. Tsarnaev, 968 F.3d 24; timed with Greenberg Traurig attack via State vs. Gilberti, Case 12-CA-011299-A. Where Dave Weinstein, Vin Marchetti, Don Crawford of Greenberg Traurig were FIRED, for conflicts on JZ Partners v. Cecil Daughtrey, Sarasota Cir 12 Case 2011 CA 04209 NC, with Isreal Chemical LTD/Mosaic Phosphate next door with 22,000 acres trying to hide resource to cover $609,000,000 stolen FEMA funds by Peace River Manasota Water Authority/Sarasota Commission with JP Morgan and Union Bank ties after Hurricane Charlie to build RV Griffin Reservoir; pretending water shortages; setting up potential open sky Terrorist attacks on water supply via FEMA Stafford Act, Title 42 USC.

- (13) Multistate terrorism is being coordinated between Florida and Boston Massachusetts. The victims DESERVE TO KNOW the timing and obvious motive to attack world underground water knowledge next to Tampa Central Command. See Gilberti v. Council of National Defense, ACOE, NRDC Madness in Tampa Middle District

(4)

### Statement of Jurisdictal Basis

- (14) This court has jurisdiction pursuant to Article III, Section 2, of the United States Constitution which empower's this court to act in "All cases, in law and equity, arising under [the] Constitution." Issuance of Writ of Mandamus in aid of such jurisdiction is authorized by 28 U.S. Code § 1651.

### Federal and State Constitutional Provisions

- (15) All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the State wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of Citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."
  U.S. Const. Amend. XIV, §1.

### Legal Standard

- (16) A Writ of Mandamus is an extraordinary remedy, its issuance is appropriate when necessary to vindicate the rights of citizens when a government agency or official has refused to perform a ministral duty that the petitioner has established a clear legal right to see performed. "Respondants have purposely hidden the benefits of "access to Global Primary Water" to defraud and conspire against the United States to create Dissimination to create a Water, Food, (5) and Energy crisis" to maintain Wars/oppression.

<u>Attack on Petitioner by Tampa/Sarasota DOJ using Boston Explosion</u>

— (17.)
- Title 22 USC (§§1461-1464b) - <u>Dissimination</u> Abroad of Information about the United States.
- Title 18 USC (§241-242 §371) - Conspiring to <u>Defraud</u> United States
- Title 15 USC (§§1151-1157) - <u>Dissimination</u> of Technical, Scientific and Engineering Information

"<u>Timeline of Events to Hide Global Water Origin & Primary Water Knowledge/Access by NDAA-HR5736 and US Presidents/Governors of Board of Broadcasters</u>"

<u>Timeline (Title 22 USC - Attack)</u>

2011 - Greenberg Traurig David Weinstein <u>FIRED</u> off Daughtrey Property with Access to Primary Spring Water (ENDLESS CAPACITY/FLOW) via 72 Partners v. Daughtrey Sarasota Cir 2011 CA 04209 NC

May 2012 - Petitioner Gilbecti EXPOSES access on Daughtrey Property with FDEP/Southwest Florida Water Management District (SWFWMD) and Peace River Manasota Regional Water Supply Authority (PRMWA) to tie-in Spring Water Antioxidant (NO WATER RESTRICTION) with much lower water cost, health risk to 4-County PRMWA who pretends with FEMA to have limited water from Peace River at RV Griffin, Desoto, FL parcel, built unnecessary RV Griffin Reservoir. Pumping heavy treated polluted Rivers into Sarasota, Manatee, Charlotte to increase Cancer/Virus Rates/Bills.

May 2012 - Rex Thornberry of US Congress (Texas) file H.R. 5736 Smith-Mundt Act Mod of 2012 to Disseminate USA with US Military/NDAA - See Title 22 USC §1461-1a Attack!

(6)

<u>Title 22 §1461-1a Dissimination/Defraud USA (cont.)</u> - Timeline

July 4, 2012 - Shiela Singhvi, Judge Dominguez with Hillsborough Sheriff Gee ARREST Petitioner (Gilberti) for Cyberstalking on Exposing Global "Primary Water" Access with Civil Engineering Permits/MASS EMAILS. Gilberti bonds out for 3 counts $500/each ($1500) SAME Day with Greenberg Traurig, Dave Weinstein, Don Crawford, Vin Marchetti (FIRED by Daughtrey) who work for Isreal Chemical/Mosaic Phosphate next to property obtaining over $500 million to hide Resource! from US People and Globe. Nestle, Coke, Pepsi involved with Gov/Senator Rick Scott/others and Hardrock Casino at this time.

Dec 2012 - Smith Mundt Act Mod of 2012, Funded to Military NDAA as Ron Desantis, attorney for Navy Seals (Attacking Since) becomes State Representative in St. Augustine, but from Tampa. Went to Yale and Harvard Law like Bush.

✱ April 3, 2013 - Gilberti hires Lockheed Martin/Boeing consultant and US Military trained, Jim Murry of Arps Aquifer Maintenance of Palm Beach, FL. Verifies resource as <u>No 1 in World for Water Supply</u> - ENDLESS. from fitted Platforms. Gilberti writes Gilberti ET Hypothesis and sends MASS Emails to US/FL agencies, Developers, Engineering Societies to show MAJOR <u>US National Defense Resource hidden by EPA and Dept of State.</u>     (7)

Title 22 USC § (1461-1a-1464b) - Dissemination on USA - Timeline (cont)
"Global Primary Water Access" / "Boston Marathon Explosion"

Boston 💣 April 15, 2013 - Gilberti emails (mass add) an FDEP Jog email of a Leon County, Tallahassee, FL Jog "Torch Run" with pictures of Gov Rick Scott / FDLE / Hershal Vinyard - Director of FDEP, at 10:54 AM EST. Suddenly 4 hrs. later Boston Marathon Explosion (Navy Seals at finish line). Suddenly Gilberti cyberstalking bond goes from $500 to $300,000 for misdemeanor (Greenberg Traurig) victims. Hillsborough Tampa Case Cir 13 Case No: 12-CM-11299-A State v. Gilberti; the Judge Dominguez RECUSES HIMSELF SAME DAY. Gilberti SURROUNDED BY SECRET SERVICE. Kidnapped 268 days. Arrest Judges! + SA now!

April-Oct 2013 - Sarasota Cir 12 / Sarasota Commission with Rick Scott / Desantis, NDAA attack Gilberti Lands / Mineral Rights at / and Cecil Daughtrey in Case Cir 12 2011 CA 04209 NC
72 Pathways vs Daughtrey

2013-Present - ONGOING FRAUD AND ATTACKS involving fabricated AR15 emails, shootings to set up Gilberti Family members w/ Sheriff Carmine Marceno, Sheriff Scott Israel See Cir 12 Case 2021 CA 1009 NC

(8)

(18). <u>Take Judicial Notice</u>
"Related Cases" - Federal/State

<u>State Cases</u> - Primary Water/land attacks/Civil Right attacks

① Hillsborough, FL Cases:   12-CM-011299-A   (Buster Explosion)
   (attacks/NDAA timed)   16-CF-010976-A   (State Fabricates AR15 email)
C13   DeSantis/Obama   18-CF-04829-A   " (Andrew Warren)
         Trump/Harris    18-CF-005038-A   " (Pam Bondi/Moody)

② Sarasota, FL Cases:   2011 CA 04209 NC - land/foreclosure attack (open)
                        2015 CA 06544 NC - Lien/Engineering (open)
   see Broward Cir 17:   2021 CA 1009 NC - Lien/Minerals (open)
   State vs Cory Gilbert:  2021 CF D7559 NC - TIMED ATTACK (open)
   AR15 setup/Hidden/Expunged  2024 CA 00155 NC   Judge Polar w/C13 (open)
   17-002130CF10A       2024 CA 00157 NC - FBI/DeSantis (open)

<u>Federal Cases</u> - All show 'Primary Water Location/Plans'
       Gilberti v. Pentagon, et al    (Liam O'Grady Fraud)
       Gilberti v. Federal Reserve, et al (Ketanji Jackson Fraud)
  (All  Gilberti v. CDC, et al.     (Tampa Middle Dist Fraud)
  Scared to
  Verify  Gilberti v. FBI, et al.    (Tampa Fraud) <u>open</u>
  World Resource  Gilberti v. Council of Nat'l Defense, et al (Tampa Fraud) <u>open</u>
  for
  USA/Globe  Gilberti v. Rubio, et al. (Judge Aileen Cannon Fraud) <u>open</u>
  1-Day?   Gilberti v. Trump, et al (US Southern Fla - open) <u>open</u>
       Gilberti v. Kamala Harris, et al (DC - open) <u>open</u>
       Gilberti v. United Nations, et al (NY Dist Ct - open)

<u>- ALL SCARED TO VERIFY RESOURCE - 2HRS TIME!!</u>
                Send ACOE, MILITARY NOW!
              (9)

## Request for Relief

(19) Petitioner request all Respondents to work together, verify both Florida and NJ to New York, access points to primary water. See Gilberti v. United Nations, et al. and Gilberti v. Council of National Defense, et. al.

(20) Petitioner request all Respondents to depose all Judges, Lawyers, so called victims, Fraud Transfer timed with Boston Marathon explosion retroactive with "Primary Water" access/exposure and Florida Infrastructure Plans. See Gilberti v. Ashley Moody, et al., Fla Judicial Cir 2 in Leon County Florida. As well as Listed cases involving Dave Weinstein of Greenberg Traurig in Hillsborough case 12-CM-11299-A used to subdue Gilberti.

(21) Notify all Media with Board of Broadcasting Governors so all US States and Nations have Global Water (Drinking spring water ENDLESS) Knowledge. How to access, in Middle East/USA.

★ (22) Petitioner Request ALL BOSTON MARATHON VICTIMS AND FAMILIES BE NOTIFIED OF FLORIDA TIMED EVENTS AND TREACHERY BY ALL FLORIDA MEDIA, SHERIFFS, DOJ ON TIMED ATTACK!! IMMEDIATELY. GILBERTI IS PUTTING COMPENSATION TO VICS WITH PROJECT REVENUE! $MILLIONS/YR.   (10) Repeal Title 22USC and HR 5736 now!

<u>No other Means to Attain Relief</u> —

(23) Petitioner has no other means to enforce his rights. Mandamus jurisdiction of Federal District Courts extends on to officers, employees, or agencies of the United States. See 28 USC §1361. We have a multistate "Organized Attack" by multiple agents or officers, within the Agency of Respondents, with Florida and Massachusetts who have coordinated and still are coordinating Federal and State, attacks, with a "Systematic scheme to defraud the United States with Media, DOJ, Politicians, Judges and Lawyers." Suddenly HR5736 turns Global Media Dissemination on USA in 2012 retroactive with Petitioner's firing of Greenberg Traurig, exposing "Access to Primary Water" and Global Knowledge that affect World Hunger ending and the IMF Monetary Fund. All Trade laws change <u>and an end of the Federal Reserve</u>. See <u>Gilberti v. Federal Reserve, et al</u> where <u>CRIMINAL 'Kentanji Brown Jackson</u> dismissed the case to be Promoted as "The First Female BLACK US Supreme Court Justice in USA". Self serving Lawyers from Yale/Harvard, like Ron Desantis/Rick Scott attacking the USA, World by Dissemination of "World Water Origin" access.

(24) Access to Endless Antioxidant Spring Water Oceans hidden by Mark Cuban, Elon Musk, NASA, EPA, Gates, CDC, Hollywood Industry to help TAMPA CENTRAL COMMAND maintain Middle East Wars with help of Obama, Harris, Trump, Congress who decided Votes are more important than Water Supply, Freedom, Future of Humanity to sustain Trillions of People! Failed Attorneys/Judges.   (11)   www.GilbertiBlueGold.com

<u>Importance Beyond this case</u>

- (25) Equal Rights challenges under a Federal or States Constitution to perform a multistate "Organized Fraud" by Media Dissemination, manipulation of Courts, FBI, Secret Service, Dept. of Homeland Security, Respondents hiding 'Global Drinking Water' access to <u>ENDLESS SPRING WATER</u> with Title 15, 18, 22, 42, 43, 50 U.S. Code over 12yrs are NEVER or RARELY REVIEWED.

- (26) The reviewers are the <u>Criminals</u> with Politicians working in a <u>Fascist or Communist effort</u> using Title 22 USC § 1461-1a Smith Mundt Act Liens of Tierson per Title 18 USC § 241-242 § 371. on United States with Ron Desantis, Judge O'Toole, Dept of Justice, Presidents tied to Hollywood/Entertainment with powers given to manipulate/Disseminate with the "<u>Board of Broadcasting Governors</u>" and <u>Department of State</u>. Writs of Mandamus being supervisory in nature are appropriate to cure such issues. See <u>United States v. Bertoli</u>, 994 F. 2d 1002, 1014 (3d Cir 1993). There is nothing that would render it inappropriate to issue the writ. See IN re <u>Volkswagon of America, Inc</u>, 545 F. 3d 304 (5th Cir 2008).

- (27) Petitioner has access to two "Primary Water" locations that Respondents can verify in 1-Day, in both New Jersey and Sarasota Florida. See <u>Gilberti v. United Nations, et. al.</u> and <u>Gilberti v. Council of National Defense, et. al.</u> (attacked by Tampa Again) that shows "National Defense upgrade to Florida and New York City, per Title 50 US § 3. Hidden by US Congress, Presidents. See <u>Gilberti v. Kamala Harris, et. al.</u> and <u>Gilberti v. Trump, et. al.</u>

(12)

## Conclusion

(28) Respondents can be heroes to all USA, Nations and help stop criminals in West Florida and New York who (DC too) used Boston Bomb Explosion to exploit and Disseminate America's ability to obtain CRITICAL NATIONAL DEFENSE Knowledge per Title 15 USC. Help Middle East as underground large military bases need these resources for imposing World Peace. Middle East, Israel and Gaza can no create ENDLESS Food, Agricultural and Energy Production, without Dependency of Run.

(29) Floruda can thrive, NY, NJ and California/Mexico have more. Conceal and Wake Bills Lower. Reverse Bad takedowns, trade laws change. US Sovereignty from Federal Reserve interest/Debts.

(30) Wherefore, a writ of Mandamus must issue compelling Respondents to verify Resource, Implement Petitioners Plans, Access Knowledge, and NOTIFY BOSTON EXPLOSION VICTIMS!! On timing/retroactivity.

## Certificate of Service

On Sept 2, 2024, Petitioner mailed the foregoing by US Mail to Clerk of Court at US Courthouse, 1 Courthouse Way, Boston, MA 02210.

Joseph D. Gilberti P.E.   #2024-2237
Sarasota Jail
2020 Main Street
Sarasota, FL 34236

cc/ FBI, Council of Nat'l Defense
NADC, DOE, US Congress/Colleges
Media outlets.

(13)